IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 01-cr-00364-WDM-01

UNITED STATES OF AMERICA,

      Plaintiff,

vs.

AMOS ANTHONY ATENCIO,

      Defendant.

---

**ORDER CONTINUING SUPERVISED RELEASE**

---

      This matter is before the Court upon report of the probation officer that defendant violated the conditions of his supervised release. At a violation hearing on October 26, 2007, the defendant admitted to violating the terms and conditions of supervised release (Violation Numbers 1, 2, 3, and 4, Violation Number 5 was dismissed) and disposition of this matter was vacated unless there is a report from the probation officer of any further violations of supervised release. In addition, the defendant's bond as imposed on June 21, 2007, is continued with all bond conditions as previously imposed. This bond remains in effect until acceptance for placement in a residential re-entry center. Accordingly, it is

      **ORDERED** that the defendant's supervised release is hereby revoked and the defendant is sentenced to a term of imprisonment for five months. It is

      **FURTHER ORDERED** that the conditions of supervised release be modified to include a special condition that the defendant shall reside at a residential re-entry center for a period of five months to commence upon acceptance of the facility and shall abide by all the rules and regulations of the facility. Imposition of sentence to confinement is suspended on condition that the defendant successfully complete five months at the Residential Re-entry Center and abide by all conditions of supervised release previously imposed on May 22, 2002. It is

**FURTHER ORDERED** that the period of supervised release imposed on May 22, 2002, be extended until July 31, 2008.

DATED at Denver, Colorado, this 6th day of November, 2007.

BY THE COURT:

Walker D. Miller
United States District Judge